# United States District Court
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. §§ 111(a)(1) and (b) |
| | NMT 20 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| ERIC G. KING | $100 Mandatory Special Assessment |
| [DOB: 8/02/1986] | Class C Felony |

### CRIMINAL COMPLAINT

Case Number: 14-MJ-00169-JTM

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about September 11, 2014 in Jackson County, in the Western District of Missouri, the defendant ERIC G. KING, did forcibly oppose, impede, intimidate and interfere with an officer or employee of the United States while such person was engaged in or on account of the performance of official duties, and in the commission of such act, used a dangerous instrument designed to cause death or danger, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

I further state that I am a Special Agent of the Federal Bureau of Investigations and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
JONATHAN SPAETH
Special Agent
Federal Bureau of Investigations

Sworn to before me and subscribed in my presence,

September 17, 2014     at     Kansas City, Missouri
Date                                                      City and State

HONORABLE JOHN T. MAUGHMER
United States Magistrate Judge                    _____
Name and Title of Judicial Officer                Signature of Judicial Officer