IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC G. KING,<br>[DOB: 8/2/1986]<br><br>　　　　Defendant. | Case No. _____<br><br>COUNT ONE:<br>18 U.S.C. § 111(a)(1) and (b)<br>NMT: 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>COUNT TWO:<br>18 U.S.C. § 844(i)<br>NLT 5 Years<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>COUNT THREE:<br>18 U.S.C. 844(h)<br>NLT 10 Years Imprisonment (consecutive)<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>COUNT FOUR:<br>26 U.S.C. 5861(d)<br>NMT 10 Years Imprisonment<br>NMT $10,000 Fine<br>NMT 3 years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about September 11, 2014, in the Western District of Missouri, the defendant, ERIC G. KING, did forcibly intimidate and interfere with an officer or employee of the United States while

such person was engaged in or on account of the performance of official duties, and in the commission of such act, used a dangerous instrument designed to cause death or danger, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT TWO

On or about September 11, 2014, in the Western District of Missouri, the defendant, ERIC G. KING, maliciously attempted to damage and destroy, by means of fire and explosive materials, the building at 101 W. 31st Street, Kansas City, Missouri, used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT THREE

On or about September 11, 2014, in the Western District of Missouri, the defendant, ERIC G. KING, knowingly used explosive materials, to wit: an incendiary device, to commit arson of property used in or affecting interstate commerce, a felony prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 844(h).

## COUNT FOUR

On or about September 11, 2014, in the Western District of Missouri, the defendant, ERIC G. KING, knowingly received and possessed a firearm, to wit: an incendiary device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL.

__/s/ Thomas J. Rousey_____
FOREPERSON OF THE GRAND JURY

__/s/ Patrick Edwards_____
Patrick Edwards
Assistant United States Attorney

Dated: __10/7/14_____
      Kansas City, Missouri