**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,** )
)
**Plaintiff,** )
)
)
**Vs.** ) **Case No. 14-00286-01-CR-W-GAF**
)
)
**ERIC G. KING,** )
)
**Defendant,** )

## ORDER TO REMOVE AND ADD CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of August 3, 2023, and a hearing having been waived by defendant, it is hereby ORDERED that the following be removed from the conditions of supervised release for Eric G. King:

**The defendant shall successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.**

**The defendant shall comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.**

In addition, it is recommended that the following special conditions be added to the conditions of Eric G. King:

**You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct, tamper with, or circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.**

**In conjunction with mental health treatment, you must remain medication compliant and take all medications that are prescribed by your treatment provider. This may include testing as required by your treatment provider, including random blood draws, to ensure that a therapeutic level of your prescribed medications is maintained.**

**You must allow the probation officer to install software/hardware designed to monitor activities on any personally or family-owned, leased, or rented computer or Internet capable device you are authorized by the probation officer to use. This monitoring may record any and all activity on the device, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. You must not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware.**

s/ Gary A. Fenner
GARY A. FENNER
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 3rd day of August, 2023.